UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILLIAM JOSEPH COLVIN,<br><br>                    Defendant. | No. CR-05-205-FVS-4<br><br>ORDER OF DISMISSAL |

**IT IS HEREBY ORDERED:**

The government's oral motion to dismiss all charges is GRANTED.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel and CLOSE this file.

**DATED** this ___7th___ day of December, 2006.

                    s/ Fred Van Sickle
                    Fred Van Sickle
              United States District Judge

ORDER OF DISMISSAL- 1